UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DENNIS J. SAMULEWSKI,

    Plaintiff,

v.

MINERAL COUNTY SCHOOL DISTRICT, a government entity; MICHAEL D. DOMAGALA, an individual; and DOES 1 to 20, inclusive,

    Defendants.
_____/

Case No.: 3:16-cv-00301-LRH-VPC

**STIPULATION AND ORDER FOR DISMISSAL OF ALL REMAINING CLAIMS WITH PREJUDICE**

    COMES NOW, the parties, Plaintiff DENNIS J. SAMULEWSKI, by and through his Attorneys of Record, THE LAW OFFICE OF TORY D. ALLEN, and TORY D. ALLEN, ESQ., and Defendant MINERAL COUNTY SCHOOL DISTRICT, by and through its Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and hereby stipulate that all of Plaintiff's remaining claims may be dismissed with prejudice, with all parties to bear their own court costs and attorney's fees, if any.

///

1

The parties note that Plaintiff's claims against Defendant MICHAEL DOMAGALA were previously dismissed with prejudice via stipulation of the parties, and this Court's Order (#30) on October 28, 2016.

DATED this 12th day of December, 2016.

ERICKSON, THORPE & SWAINSTON, LTD.

By    /s/ Brent Ryman
BRENT L. RYMAN, ESQ. (SBN #008648)
ERICKSON, THORPE & SWAINSTON
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendant*
MINERAL COUNTY SCHOOL DISTRICT and
MICHAEL D. DOMAGALA

///
///

DATED this 12th day of December, 2016.

   /s/ Tory Allen
TORY D. ALLEN, ESQ. (SBN #012680)
LAW OFFICE OF TORY D. ALLEN
3715 Lakeside Drive, Suite A
Reno, Nevada 89509
Telephone: (775) 823-2000
*Attorneys for Plaintiff*

///
///

## **ORDER**

Upon good cause appearing,

IT IS SO ORDERED.

DATED this 14th day of December, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE